```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RICARDO VELASQUEZ,                                         :
                                                           :
                              Plaintiff,                   :
                                                           :        22-CV-8591 (VSB)
               -against-                                   :
                                                           :            ORDER
SMOKE ZONE PLUS CORP. and 223 E. 14                        :
ST. LLC.,                                                  :
                                                           :
                              Defendants.                  :
                                                           X
-----------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on October 09, 2022, (Doc. 1), and filed affidavits of service on December 28, 2023, (Docs. 7–8). The deadline for Defendants to respond to Plaintiff's complaint was December 1, 2022. (*See* Docs. 7–8.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 2, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  January 19, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge