UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

    Plaintiff,

vs.                                                        CASE NO. 1:22-cv-08591-JGLC

SMOKE ZONE PLUS CORP., a New York corporation, d/b/a SMOKERS ZONE 1, and 223 E. 14 ST. LLC, a New York limited liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, SMOKE ZONE PLUS CORP., a New York corporation, d/b/a SMOKERS ZONE 1, and 623 E. 14 ST. LLC, a New York limited liability company, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 7th day of December, 2023.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Nolan K. Klein, Esq.
Law Offices of Nolan Klein, P.A.
1213 SE 3rd Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 745-0588
Email: klein@nklegal.com
*Attorney for Defendants*

**SO ORDERED:**

_____
Jessica G. L. Clarke, U.S.D.J.

Dated: _____December 11, 2023_____